AKL, APPELLEE, *v.* EL CHAFEHI, APPELLANT.

[Cite as *Akl v. El Chafehi* (1998), 82 Ohio St.3d 1219.]

(No. 97–1394—Submitted May 26, 1998—Decided July 1, 1998.)

*Pheils & Wisniewski* and *David R. Pheils, Jr.,* for appellee.

*Dinsmore & Shohl, L.L.P., Michael L. Squillace, Joel S. Taylor* and *Anthony J. Celebrezze, Jr.; Dixon & Dixon* and *Randall C. Dixon,* for appellant.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, GWIN, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

W. SCOTT GWIN, J., of the Fifth Appellate District, sitting for RESNICK, J.